Trevor R. Waite (Bar No. NV 13779)
FABIAN VANCOTT
E-mail: twaite@fabianvancott.com
411 E. Bonneville Ave., Suite 400
Las Vegas, NV 89101
Telephone:  702.233.4444
Facsimile:   877.898.1168

Attorney for Defendant
California Physicians' Service dba Blue Shield of California[1]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; and SOUTHERN HILLS MEDICAL CENTER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA, INC.; and KEENAN & ASSOCIATES, INC.,<br><br>Defendants. | No. 2:23-cv-01986 JCM (EJY)<br><br>Hon. James C. Mahan<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

---

[1] Sued as Blue Shield of California, Inc.

## STIPULATION

1. On Nov. 30, 2023, Plaintiffs sued Blue Shield in this court.

2. On Dec. 8, 2023, Plaintiffs served the Complaint on Blue Shield.

3. Blue Shield must respond to the complaint by Dec. 29, 2023.

4. The parties require additional time to investigate the claims and to prepare to answer or otherwise respond to the complaint.

5. Due to the holidays and schedules of counsel, the parties stipulate that Blue Shield's deadline to respond to the Complaint is extended from December 29, 2023, to January 29, 2024.

Dated: December 22, 2023.

BAILEY KENNEDY

By: /s/ Joshua M. Dickey
Joshua M. Dickey
Attorneys for Plaintiffs

Dated: December 22, 2023.

FABIAN VONCOTT

By: /s/ Trevor R. Waite
Trevor R. Waite
Attorneys for California Physicians' Service dba Blue Shield of California.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   December 26, 2023