# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, et al.,<br><br>Plaintiffs<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA, INC. and KEENAN & ASSOCIATES, INC.,<br><br>Defendants | Case No.: 2:23-cv-01986-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the response to the order to show cause filed by plaintiffs Sunrise Hospital and Medical Center, LLC; Sunrise Mountain View Hospital, Inc.; and Southern Hills Medical Center, LLC (ECF No. 19),

I ORDER that the order to show cause (ECF No. 12) is satisfied, and I will not dismiss this action for lack of subject matter jurisdiction.

DATED this 18th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE