JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
RCrooker@BaileyKennedy.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; and SOUTHERN HILLS MEDICAL CENTER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA d/b/a ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and KEENAN & ASSOCIATES, INC.,<br><br>Defendants. | Case No.  2:23-cv-01986-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT KEENAN & ASSOCIATES, INC.'S MOTION TO DISMISS (ECF NO. 23)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Sunrise Hospital and Medical Center, LLC; Sunrise Mountainview Hospital, Inc.; and Southern Hills Medical Center, LLC ("the Hospitals") and Defendant Keenan & Associates, Inc. ("Keenan") (collectively, the "Parties") hereby stipulate as follows:

1. Keenan's Motion to Dismiss and Memorandum of Law ("Motion to Dismiss") in this action was filed on January 19, 2024 (ECF No. 23).

2. The Hospitals' current deadline to respond to the Motion to Dismiss is February 2, 2024.

3. Due to the schedules of the Hospitals and their counsel, the Hospitals require additional time to prepare their response to the Motion to Dismiss.

4. The Parties therefore stipulate and agree to extend the deadline for the Hospitals to file their response to the Motion to Dismiss to February 21, 2024.

5. This is the Hospitals' first requested extension. This stipulation is made in good faith and not to delay the proceedings.

Dated this 30th day of January, 2024.

**BAILEY✦KENNEDY**

By: */s/ Joshua M. Dickey*
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    REBECCA L. CROOKER
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiffs*

Dated this 30th day of January, 2024.

**HOLLEY DRIGGS LTD.**

By: */s/ E. Thomas Edwards*
    E. THOMAS EDWARDS
    R. MCKAY HOLLEY
    300 South Fourth Street, Suite 1600
    Las Vegas, Nevada 89101

**LATHROP GPM LLP**
MICHAEL J. ABRAMS
(PRO HAC VICE ADMISSION FORTHCOMING)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108

*Attorneys for Defendant Keenan & Associates, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 2, 2024