Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
charles@prhlawllc.com

Thomas F.A. Hetherington, Esq.*
Jennifer H. Chung, Esq.*
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2400
Houston, Texas 77002
T: (713) 337-5580 | F: (713) 337-8850
tom.hetherington@mhllp.com
jennifer.chung@mhllp.com
*To be admitted *pro hac vice*

Attorneys for BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; and SOUTHERN HILLS MEDICAL CENTER, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and KEENAN & ASSOCIATES, INC.,<br><br>Defendants. | Case No. 2:23-cv-01986-APG-EJY<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Defendants Blue Cross of California d/b/a Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company respectfully move the Court for a 21-day extension of time to move, answer or otherwise respond to Plaintiffs' First Amended Complaint in the above referenced matter from February 8, 2024 until and through February 29, 2024.

Plaintiffs' First Amended Complaint adding Defendants to this lawsuit was filed on January 4, 2024. [ECF No. 14]. Defendants were served on January 18, 2024; therefore, Defendants' deadline to move, answer or otherwise respond to Plaintiffs' First Amended Complaint is February 8, 2024. As such, this request for extension is being made before the expiration of the specified period pursuant to the local rules.

This extension is being requested because additional time is needed to fully evaluate the allegations in the First Amended Complaint and to formulate a response.

Therefore, Defendants request a 21-day extension from February 8, 2024 through and until February 29, 2024 to answer, move or otherwise respond to Plaintiff's First Amended Complaint.

This is Defendants' first request for an extension of time in this matter.

This Motion is not for delay, but so that justice may be done. The extension of time will in no way prejudice any party, as there is no scheduling order or other deadlines set in this case to date.

Counsel for Plaintiffs has advised that Plaintiffs are not opposed to the relief sought by way of this Motion.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

WHEREFORE, Defendants Blue Cross of California d/b/a Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company respectfully request that the Court grant their Motion for Extension of Time to Move, Answer or Otherwise Respond to the First Amended Complaint.

DATED this 7th day of February 2024.

    Respectfully submitted,

    PRHLAW LLC

    By: *Charles H. McCrea*
    Charles H. McCrea, Esq. (SBN #104)
    520 South Fourth Street, Suite 360
    Las Vegas, Nevada 89101

    MCDOWELL HETHERINGTON LLP
    Thomas F.A. Hetherington, Esq.*
    Jennifer H. Chung, Esq.*
    1001 Fannin St., Suite 2400
    Houston, Texas 77002
    To be admitted *pro hac vice*

**IT IS SO ORDERED**:

    _[signature]_
    UNITED STATES MAGISTRATE JUDGE

    DATED: February 7, 2024