# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, et al., <br><br> Plaintiffs <br><br> v. <br><br> BLUE CROSS OF CALIFORNIA, et al., <br><br> Defendants | Case No.: 2:23-cv-01986-APG-EJY <br><br> **Order Striking Certificate of Interested Parties** |

I ORDER that defendant Keenan & Associates, Inc.'s certificate of interested parties (ECF No. 22) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the citizenship of defendant Keenan & Associates, Inc. as required by the amendment to that rule because it does not identify where Keenan has its principal place of business.

I FURTHER ORDER that the Anthem defendants' certificate of interested parties (ECF No. 36) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the citizenship of the defendants as required by the amendment to that rule because it does not identify the principal place of business for Blue Cross of California and WellPoint California Services, Inc.

I FURTHER ORDER these parties to file a proper certificate of interested parties by March 18, 2024.

DATED this 4th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE