JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
RCrooker@BaileyKennedy.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; and SOUTHERN HILLS MEDICAL CENTER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA d/b/a ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and KEENAN & ASSOCIATES, INC.,<br><br>Defendants. | Case No.  2:23-cv-01986-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO THE ANTHEM DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT (ECF NO. 37)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Sunrise Hospital and Medical Center, LLC; Sunrise Mountainview Hospital, Inc.; and Southern Hills Medical Center, LLC ("the Hospitals") and Defendants Blue Cross of California d/b/a Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company (collectively, the "Anthem Defendants") (collectively, the "Parties") hereby stipulate as follows:

1. The Anthem Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Memorandum of Points and Authorities in Support ("Motion to Dismiss") in this action was filed on February 29, 2024 (ECF No. 37).

2. The Hospitals' current deadline to respond to the Motion to Dismiss is March 14, 2024.

3. Due to the schedules of the Hospitals and their counsel, the Hospitals require additional time to prepare their response to the Motion to Dismiss.

4. The Parties therefore stipulate and agree to extend the deadline for the Hospitals to file their response to the Motion to Dismiss to March 28, 2024.

5. This is the Hospitals' first requested extension. This stipulation is made in good faith and not to delay the proceedings.

Dated this 13th day of March, 2024.

**BAILEY✦KENNEDY**

By: */s/ Joshua M. Dickey*
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    REBECCA L. CROOKER
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
*Attorneys for Plaintiffs*

Dated this 13th day of March, 2024.

**PRHLAW LLC**

By: */s/ Charles H. McCrea*
    CHARLES H. MCCREA
    520 South Fourth Street, Suite 360
    Las Vegas, Nevada 89101

**MCDOWELL HETHERINGTON LLP**
    THOMAS F.A. HETHERINGTON
    JENNIFER H. CHUNG
    (PRO HAC VICE ADMISSION FORTHCOMING)
    1001 Fannin Street, Suite 2400
    Houston, Texas 77002
*Attorneys for Defendants Blue Cross of California d/b/a Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 14, 2024