Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T: 702.834.6166
charles@prhlawllc.com

Thomas F.A. Hetherington, Esq.*
Jennifer H. Chung, Esq.*
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2400
Houston, Texas 77002
T: (713) 337-5580 | F: (713) 337-8850
tom.hetherington@mhllp.com
jennifer.chung@mhllp.com
*To be admitted *pro hac vice*

Attorneys for BLUE CROSS OF
CALIFORNIA D/B/A ANTHEM BLUE
CROSS AND ANTHEM BLUE CROSS
LIFE AND HEALTH INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; and SOUTHERN HILLS MEDICAL CENTER, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and KEENAN & ASSOCIATES, INC.,<br><br>        Defendants. | Case No. 2:23-cv-01986-APG-EJY<br>Hon.<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF NOS. 37 (MOTION); 49 (PLAINTIFFS' RESPONSE)]**<br><br>**(SECOND REQUEST)** |

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company (collectively, the "Anthem Defendants") and Plaintiffs Sunrise Hospital and Medical Center, LLC; Sunrise Mountainview Hospital, Inc.; and Southern Hills Medical Center, LLC ("Plaintiffs") by and through their respective undersigned counsel, hereby stipulate and agree as follows:

Plaintiffs' First Amended Complaint adding the Anthem Defendants to this lawsuit was filed on January 4, 2024. [ECF No. 14].  The Anthem Defendants filed a Motion to Dismiss on February 29, 2024 after receiving one extension.  [ECF No. 37.]

Plaintiffs' Response to the Anthem Defendants' Motion to Dismiss was filed on April 11, 2024. [ECF No. 49]

The Anthem Defendants' current deadline to file a reply in support of their Motion to Dismiss is April 18, 2024.

The Anthem Defendants require additional time in order to file their reply in support of their Motion to Dismiss to evaluate Plaintiffs' arguments and due to schedules and other deadlines.

The Parties therefore stipulate and agree to extend the deadline for the Anthem Defendants to file their reply until and through May 2, 2024.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

1         This is the Anthem Defendants' second request for an extension. This stipulation is made

2    in good faith and not to delay the proceedings.

3         DATED this 15th day of April 2024.

4    BAILEY KENNEDY                              PRHLAW LLC

5    By/s/Joshua M. Dickey                       By/s/Charles H. McCrea

6    Joshua M. Dickey                            Charles H. McCrea, Esq. (SBN #104)
     Paul C. Williams                            520 South Fourth Street, Suite 360

7    Rebecca L. Crooker                          Las Vegas, Nevada 89101

8    8984 Spanish Ridge Avenue
     Las Vegas, Nevada 89148-1302                McDowell Hetherington LLP

9                                                Thomas F.A. Hetherington, Esq.*
                                                 Jennifer H. Chung, Esq.*

10   Attorneys for Plaintiffs                    1001 Fannin Street, Suite 2400
                                                 Houston, Texas 77002

11                                               *To be admitted pro hac vice

12

13                                               Attorneys for Defendants Blue Cross of
                                                 California dba Anthem Blue Cross and

14                                               Anthem Blue Cross Life and Health Insurance
                                                 Company

15

16

17                                              IT IS SO ORDERED:

18

19

20                                              _____
                                                UNITED STATES DISTRICT JUDGE

21                                              DATED:  May 2, 2024

22

23

24

25

26

27

28