Charles H. McCrea, Esq. (SBN #104)
PRHLAW<sub>LLC</sub>
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T: 702.834.6166
charles@prhlawllc.com

Thomas F.A. Hetherington, Esq.*
Jennifer H. Chung, Esq.*
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2400
Houston, Texas 77002
T: (713) 337-5580 | F: (713) 337-8850
tom.hetherington@mhllp.com
jennifer.chung@mhllp.com
*To be admitted *pro hac vice*

Attorneys for BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; and SOUTHERN HILLS MEDICAL CENTER, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and KEENAN & ASSOCIATES, INC.,<br><br>    Defendants. | Case No. 2:23-cv-01986-APG-EJY<br>Hon.<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NOS. 37 (MOTION); 49 (PLAINTIFFS' RESPONSE)]**<br><br>**(THIRD REQUEST)** |

1    Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life
2  and Health Insurance Company (collectively, the "Anthem Defendants") and Plaintiffs Sunrise
3  Hospital and Medical Center, LLC; Sunrise Mountainview Hospital, Inc.; and Southern Hills
4  Medical Center, LLC ("Plaintiffs") by and through their respective undersigned counsel, hereby
5  stipulate and agree as follows:
6    Plaintiffs' First Amended Complaint adding the Anthem Defendants to this lawsuit was
7  filed on January 4, 2024. [ECF No. 14].  The Anthem Defendants filed a Motion to Dismiss on
8  February 29, 2024 after receiving one extension.  [ECF No. 37.]
9    Plaintiffs' Response to the Anthem Defendants' Motion to Dismiss was filed on April 11,
10 2024. [ECF No. 49]
11   The Anthem Defendants filed a Stipulation and Order to Extend Defendants' Time to File
12 Reply in Support of Their Motion to Dismiss on April 15, 2024 and it remains pending. [ECF No.
13 50]
14   The Anthem Defendants require additional time in order to file their reply in support of
15 their Motion to Dismiss to evaluate Plaintiffs' arguments and due to schedules and other deadlines.
16   The Parties therefore stipulate and agree to extend the deadline for the Anthem Defendants
17 to file their reply until and through May 9, 2024.
18 . . . .
19 . . . .
20 . . . .
21 . . . .
22 . . . .
23 . . . .
24 . . . .
25 . . . .
26 . . . .
27 . . . .
28

This is the Anthem Defendants' third request for an extension. This stipulation is made in good faith and not to delay the proceedings.

DATED this 1st day of May 2024.

| BAILEY KENNEDY | PRHLAW LLC |
|---|---|
| By /s/Joshua M. Dickey<br>Joshua M. Dickey<br>Paul C. Williams<br>Rebecca L. Crooker<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br><br>*Attorneys for Plaintiffs* | By /s/Charles H. McCrea<br>Charles H. McCrea, Esq. (SBN #104)<br>520 South Fourth Street, Suite 360<br>Las Vegas, Nevada 89101<br><br>MCDOWELL HETHERINGTON LLP<br>Thomas F.A. Hetherington, Esq.*<br>Jennifer H. Chung, Esq.*<br>1001 Fannin Street, Suite 2400<br>Houston, Texas 77002<br>*To be admitted *pro hac vice*<br><br>*Attorneys for Defendants Blue Cross of California dba Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2024