JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com
RCrooker@BaileyKennedy.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; SUNRISE MOUNTAINVIEW HOSPITAL, INC.; and SOUTHERN HILLS MEDICAL CENTER, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA d/b/a ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and KEENAN & ASSOCIATES, INC.,<br><br>Defendants. | Case No.  2:23-cv-01986-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT 26(F) REPORT AND PROPOSED SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Sunrise Hospital and Medical Center, LLC, d/b/a Sunrise Hospital & Medical Center; Sunrise MountainView Hospital, Inc., d/b/a MountainView Hospital; and Southern Hills Medical Center, LLC, d/b/a Southern Hills Hospital & Medical Center (collectively "Plaintiffs" or "the Hospitals"), and Defendants Blue Cross of California, using the trade name Anthem Blue Cross, Anthem Blue Cross Life and Health Insurance Company (collectively the "Anthem Defendants), and Defendant Keenan & Associates, Inc. ("Keenan") (jointly, "Defendants") (collectively Plaintiffs and Defendants are referred to as the "Parties"), hereby stipulate as follows:

Page **1** of **3**

1. The current deadline to file the Joint 26(f) Report and Proposed Scheduling Order is September 9, 2024.

2. The parties have held a Rule 26(f) conference and a draft Joint Discovery Plan and Scheduling Order has been prepared and circulated. However, due to the schedules of the parties and their counsel, additional time is required to finalize the Joint Discovery Plan and Scheduling Order.

3. The Parties therefore stipulate and agree to extend the deadline to file Joint 26(f) Report and Proposed Scheduling Order from September 9, 2024 to September 16, 2024.

4. This is the first requested extension. This stipulation is made in good faith and not to delay the proceedings.

DATED this 9th day of September, 2024.

**BAILEY✧KENNEDY**

By: /s/ Joshua M. Dickey
  JOSHUA M. DICKEY
  PAUL C. WILLIAMS
  REBECCA L. CROOKER

*Attorneys for Plaintiffs
Sunrise Hospital and Medical Center, LLC;
Sunrise MountainView Hospital, Inc.; and
Southern Hills Medical Center, LLC*

DATED this 9th day of September, 2024.

**MCDOWELL HETHERINGTON LLP**

By: /s/ Jennifer H. Chung
  THOMAS F.A. HETHERINGTON
  JENNIFER H. CHUNG
  (ADMITTED PRO HAC VICE)
  1001 Fannin Street, Suite 2400
  Houston, Texas 77002

CHARLES H. MCCREA, ESQ.
**PRHLAW LLC**
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendants
Blue Cross of California d/b/a Anthem Blue
Cross and Anthem Blue Cross Life and Health
Insurance Company*

1  DATED this 9th day of September, 2024.

2  **LATHROP GPM LLP**

3  By: */s/ R. McKay Holley*
     MICHAEL J. ABRAMS
4       (ADMITTED PRO HAC VICE)
     2345 Grand Boulevard, Suite 2200
5       Kansas City, Missouri 64108

6       E. THOMAS EDWARDS
     R. MCKAY HOLLEY
7       **HOLLEY DRIGGS**
     300 South Fourth Street, Suite 1600
8       Las Vegas, Nevada 89101

9  *Attorneys for Defendant
Keenan & Associates, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____September 10, 2024_____