JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY✧KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

ADAM CHILTON
Texas Bar No. 24092255
(ADMITTED PRO HAC VICE)
**POLSINELLI PC**
Old Parkland – Resolute Tower
4020 Maple Avenue, Suite 300
Dallas, Texas 75219
Telephone: 214.661.5515
Facsimile: 214.279.2335
Adam.Chilton@Polsinelli.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER D/B/A SUNRISE HOSPITAL & MEDICAL CENTER; SUNRISE MOUNTAINVIEW HOSPITAL, INC. D/B/A MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS MEDICAL CENTER, LLC D/B/A SOUTHERN HILLS HOSPITAL & MEDICAL CENTER,<br><br>                        Plaintiffs,<br><br>       vs.<br><br>BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and KEENAN & ASSOCIATES, INC.,<br><br>                        Defendants. | Case No. 2:23-cv-01986-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Sunrise Hospital and Medical Center d/b/a Sunrise Hospital & Medical Center ("Sunrise Hospital"), Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital ("MountainView Hospital"), and Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital & Medical Center ("Southern Hills Hospital"), (collectively "Plaintiffs"), and Defendants Blue Cross of California d/b/a Anthem Blue Cross, Anthem Blue Cross Life and Health Insurance Company (collectively the "Anthem Defendants") and Keenan & Associates, Inc. ("Keenan") (jointly, "Defendants") (collectively, Plaintiffs and Defendants are referred to as the "Parties"), by and through their counsel, hereby stipulate to the dismissal of all of the claims at issue in this action, with prejudice. The Parties shall bear their own attorneys' fees and costs incurred in this action.

DATED this 12th day of September, 2025.

**BAILEY❖KENNEDY**

By: /s/ Joshua M. Dickey
  JOSHUA M. DICKEY
  PAUL C. WILLIAMS

  ADAM CHILTON
  (ADMITTED PRO HAC VICE)
  **POLSINELLI PC**
  Old Parkland – Resolute Tower
  4020 Maple Avenue, Suite 300
  Dallas, Texas 75219

*Attorneys for Plaintiffs*

DATED this 12th day of September, 2025.

**MCDOWELL HETHERINGTON LLP**

By: /s/ Thomas. F. A. Hetherington
  THOMAS F.A. HETHERINGTON
  (ADMITTED PRO HAC VICE)
  1001 Fannin St., Suite 2400
  Houston, Texas 77002

  CHARLES H. MCCREA
  **PRHLAW LLC**
  520 South Fourth Street, Suite 360
  Las Vegas, Nevada 89101

*Attorneys for Defendants
Blue Cross of California d/b/a Anthem Blue Cross and Anthem Blue Cross Life and Health Insurance Company*

DATED this 12th day of September, 2025.

**LATHROP GPM LLP**

By: /s/ Michael J. Abrams
    MICHAEL J. ABRAMS
    (ADMITTED PRO HAC VICE)
    2345 Grand Blvd., Suite 2200
    Kansas City, MO 64108

    F. THOMAS EDWARDS
    R. MCKAY HOLLEY
    **SPENCER FANE LLP**
    300 South Fourth Street, Suite 1600
    Las Vegas, Nevada 89101

*Attorney for Defendant*
*Keenan & Associates, Inc.*

IT IS SO ORDERED:

Dated: September 15, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE